No. 425. OLIVER UNITED FILTERS, INC. *v.* SILVER. C. A. 10th Cir. Certiorari denied. *Oscar A. Mellin, LeRoy Hanscom* and *Jack E. Hursh* for petitioner. *Charles J. Beise* for respondent. 

No. 429. DeVITA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Harry Kay* for petitioner. *C. William Caruso* for respondent. 

No. 445. CHASSEN, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Benjamin Weintraub* and *Harris Levin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *I. Henry Kutz* for the United States. 

No. 451. LLANOS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg, William H. Timbers, Alexander Cohen* and *Henry L. Stern* for the United States. 

No. 452. BUZZA-CARDOZO, A CORPORATION, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Carl M. Gould* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent. 

No. 453. FINE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *W. E. Badgett* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.